UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 2:21-cr-107-SPC-MRM

EDRICA LEANN WATSON

### ORDER[1]

Before the Court, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for Order of Forfeiture against Defendant Edrica Lean Watson filed May 18, 2022. (Doc. 41). The government seeks forfeiture of **$392,563.00**, which amount represents the amount of proceeds obtained by Watson as a result of making a false statement to a lending institution, in violation of 18 U.S.C. §§ 1014 and 2, as charged in Count Two of the Indictment.

Watson entered a plea of guilty to Count Two of the Indictment on March 22, 2022. (Doc. 36). The undersigned United States District Judge accepted the defendant's plea, adjudicated her guilty of the offense and scheduled sentencing for June 21, 2022. (Doc. 38).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the Court grants the motion and the relief requested therein.

Accordingly, it is now

**ORDERED:**

1. The United States' Motion for Order of Forfeiture (Doc. 41) is **GRANTED**.

2. Pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for an order of forfeiture in the amount of **$392,563.00**.

3. Because the **$392,563.00** in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of **$392,563.00**. The $45,000 cashier's check ending in 7353 voluntarily tendered by the defendant to the United States Secret Service on December 15, 2021, which is being administratively forfeited, shall be credited towards the defendant's $392,563.00 order of forfeiture.

4. Upon Entry, this order shall become a final order of forfeiture as to Defendant Edrica Lean Watson.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE AND ORDERED** in Fort Myers, Florida on June 9, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record